# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jeremy Williams and Cynthia Williams, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.    08 C 1657 |
| ) | |
| Chicago Police Officer Matthew Peterson, ) | Judge Shadur |
| Chicago Police Officer Oscar Serrano, ) | |
| Chicago Police Officer Paul Sandoval, ) | Magistrate Judge Mason |
| Unknown Chicago Police Officers, ) | |
| and, the City of Chicago, a municipal ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 24, 2008, I caused to be filed with the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, the attached **AMENDED COMPLAINT.**

Dated: March 24, 2008

By:  /s/ Steven H. Fine
One of his Attorneys

Sally H. Saltzberg
P. Michael Loftus
Loftus & Saltzberg, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 913-2000

Steven H. Fine
Attorney at Law
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 922-0855

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Amended Complaint to be served on all defendants, via certified, return receipt mail by depositing said notice and certificate in U.S. Mail receptacle located at 53 West Jackson Boulevard, Chicago, Illinois on this 24th day of March 2008.

                                                          /s/Steven H. Fine
                                                         Steven H. Fine