**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jeremy Williams, et al.
                     Plaintiff,

v.                                              Case No.: 1:08−cv−01657
                                                Honorable Milton I. Shadur

Matthew Peterson, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Status hearing held on 5/8/2008. Status hearing set for 8/12/2008 at 09:00 AM. Plaintiff is granted leave to file an amended complaint. Defendant's response if an answer is to be filed 21 days after receipt of amended complaint. If a motion, it is due 14 days after receipt of amended complaint.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.