## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Jeremy Williams and Cynthia Williams, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.    08 C 1657 |
| | ) | |
| Chicago Police Officer Matthew Peterson, | ) | Judge Shadur |
| Chicago Police Officer Oscar Serrano, | ) | |
| Chicago Police Officer Paul Sandoval, | ) | Magistrate Judge Mason |
| Unknown Chicago Police Officers, | ) | |
| and, the City of Chicago, a municipal | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on July 15, 2008, I caused to be filed with the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, the attached **SECOND AMENDED COMPLAINT.**

Dated: July 15, 2008


By:__/s/ Steven H. Fine_____
One of his Attorneys

Sally H. Saltzberg
P. Michael Loftus
Loftus & Saltzberg, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 913-2000

Steven H. Fine
Attorney at Law
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 922-0855

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Second Amended Complaint to be served upon all persons below via Electronic Filing on this 15th day of July 2008.

      /s/Steven H. Fine_____
      Steven H. Fine

Mary Anne Spillane
City of Chicago Law Department
30 N. LaSalle Street
Suite 1720
Chicago, IL 60602