IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jeremy Williams, ) | |
| ) | |
| Plaintiff, ) | 08 C 1657 |
| ) | |
| v. ) | Judge Milton I. Shadur |
| ) | |
| Chicago Police Officer Matthew Peterson, ) | Magistrate Judge Mason |
| Chicago Police Officer Oscar Serrano, ) | |
| Chicago Police Officer Paul Sandoval, ) | |
| Unknown Chicago Police Officers, and ) | |
| the City of Chicago, a municipal corporation. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  Sally H. Saltzberg                         Steven H. Fine
     Loftus & Saltzberg, P.C.                   53 W. Jackson Blvd, Suite 1515
     53 West Jackson, Suite 1515                Chicago, Illinois 60604
     Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on August 1, 2008 at 9:00 a.m. I will appear before Judge Milton I. Shadur in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and then and there present the attached OFFICER PETERSON'S, OFFICER SANDOVAL'S AND OFFICER SERRANO'S MOTION TO DISMISS COUNT IV OF PLAINTIFF'S SECOND AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing NOTICE OF MOTION and OFFICER PETERSON'S, OFFICER SANDOVAL'S AND OFFICER SERRANO'S MOTION TO DISMISS COUNT IV OF PLAINTIFF'S SECOND AMENDED COMPLAINT to be sent via the CM/ECF electronic filing system to the attorneys named above at the addresses therein shown on this 29th day of JULY, 2008.

Respectfully submitted,

/s/ Mary Anne Spillane
MARY ANNE SPILLANE
Special Litigation Counsel

30 North LaSalle Street - Suite 1720
Chicago, Illinois 60602
(312) 744-8371
Attorney No. 06238150