## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jeremy Williams, et al.
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−01657
                                                        Honorable Milton I. Shadur

Matthew Peterson, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to dismiss count 4 [14] is granted. Defendants' Answer is due on or before August 15, 2008. Motion hearing held on 8/1/2008. The August 12 status date is vacated. Status hearing set for 9/19/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.