IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jeremy Williams, | ) | |
| | ) | |
| Plaintiff, | )_____08 C 1657 | |
| | ) | |
| _____v._____ | ) | Judge Milton I. Shadur |
| | ) | |
| Chicago Police Officer Matthew Peterson, | ) | Magistrate Judge Mason |
| Chicago Police Officer Oscar Serrano, | ) | |
| Chicago Police Officer Paul Sandoval, | ) | |
| Unknown Chicago Police Officers, and | ) | |
| the City of Chicago, a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Sally H. Saltzberg                                   Steven H. Fine
Loftus & Saltzberg, P.C.                             53 W. Jackson Blvd, Suite 1515
53 West Jackson, Suite 1515                          Chicago, Illinois 60604
Chicago, Illinois 60604

    I hereby certify that I have served this notice and the attached document, City's Answer to
Plaintiff's Second Amended Complaint, by causing it to be delivered via the Court's Electronic
Filing System, to the persons/entities named above at the address shown on this 15th day of
August 15, 2008.

                                        Respectfully submitted,
                                        MARA S. GEORGES, Corporation Counsel
                                        City of Chicago


                              By:    /s/   Mary Anne Spillane
                                        Mary Anne Spillane
                                        Special Litigation Counsel

30 North LaSalle Street
Room 1720
Chicago, Illinois 60602
(312) 744-8371
Attorney No. 06238150