IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jeremy Williams, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1657 |
| | ) | |
| v. | ) | Judge Milton I. Shadur |
| | ) | |
| Chicago Police Officer Matthew Peterson, | ) | Magistrate Judge Mason |
| Chicago Police Officer Oscar Serrano, | ) | |
| Chicago Police Officer Paul Sandoval, | ) | |
| Unknown Chicago Police Officers, and | ) | |
| the City of Chicago, a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

Sally H. Saltzberg                              Steven H. Fine
Loftus & Saltzberg, P.C.                        53 W. Jackson Blvd, Suite 1515
53 West Jackson, Suite 1515                     Chicago, Illinois 60604
Chicago, Illinois 60604

I hereby certify that I have served this notice and the attached document, Officers Peterson's, Serrano's, and Sandoval's Answer to Plaintiff's Second Amended Complaint, by causing it to be delivered via the Court's Electronic Filing System, to the persons/entities named above at the address shown on this 15th day of August 15, 2008.

                Respectfully submitted,
                MARA S. GEORGES, Corporation Counsel
                City of Chicago

By:    /s/   Mary Anne Spillane
        Mary Anne Spillane
        Special Litigation Counsel

30 North LaSalle Street
Room 1720
Chicago, Illinois 60602
(312) 744-8371
Attorney No. 06238150