UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 1657 |
|---|---|---|
| Jeremy Williams v. City of Chicago, et al. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Matthew Peterson, Oscar Serrano, and Paul Sandoval

| SIGNATURE |  |
|---|---|
| /s/ James McGovern | |
| **FIRM** | |
| City of Chicago, Dept. Of Law | |
| **STREET ADDRESS** | |
| 30 N. LaSalle Street, Suite 1720 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6278004 | (312) 744-8368 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |